IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No 13-cv-01161-RBJ

SIMPSON FINANCING LIMITED PARTNERSHIP, a Colorado limited partnership,

    Plaintiffs,

v.

INTERSTATE FIRE AND CASUALTY COMPANY, an Illinois insurance company;
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA.,
a Pennsylvania insurance company,

    Defendants.

## ORDER TO SHOW CAUSE

This matter comes before the Court upon review of the file. The Court notes that the plaintiff filed the complaint that opened this case on May 2, 2013. A notice of voluntary dismissal of defendant Interstate Fire and Casualty Company was filed on June 13, 2013. There has been no further activity in the case or indication of service of the complaint upon the other defendant, National Union Fire Insurance of Pittsburg. The Court orders the plaintiff to show cause within 14 days as to why this case should not be dismissed for failure to prosecute.

DATED this 1st day of May, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge